IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER PROHIDNEY ) | |
| ) | Case No. 3:14-0965 |
| v. ) | JUDGE SHARP |
| ) | |
| LANDRY'S SEAFOOD HOUSE-MEMPHIS, ) | |
| INC., et al., ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Dismiss for Failure to Prosecute or, in the Alternative, Compel Plaintiff to Participate in Discovery and Move Deadlines and July 28, Trial Accordingly, (Docket No. 40) to which the Plaintiff has not responded.

The motion to dismiss is GRANTED and this action is hereby dismissed with prejudice.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE