UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER PROHIDNEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANDRY'S SEAFOOD HOUSE - MEMPHIS, INC., et al. ) <br> ) <br> Defendants. | Case No. 3:14-cv-0096 <br><br> Judge Sharp |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 15, 2015.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney